# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

RONNIE DYSON,

    Plaintiff,

v.                                          CASE NO. 1:11cv135-MP-GRJ

REGIONS BANK, et al.,

    Defendants.

_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 20, 2011. (Doc. 8). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This case is DISMISSED for failure to comply with an order of the Court and for failure to prosecute.

    **DONE and ORDERED** this 19th day of January, 2012.

                                                    s/ *M. Casey Rodgers*
                                                    **M. CASEY RODGERS**
                                                    **CHIEF UNITED STATES DISTRICT JUDGE**